# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Doug Carter, | Civil No. 10-2970 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Boys & Girls Clubs of the Twin Cities, | |
| Defendant. | |

---

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. No. 15), **IT IS ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE**, without costs or disbursements to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 15, 2010

             s/Richard H. Kyle
             RICHARD H. KYLE
             United States District Judge